UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>**David James Cook**<br><br>            Defendant. | Docket No. 0864 0:11CR00229 (1) (JNE)<br>Docket No. 0864 0:11CR00232 (JNE) |

On the 29th day of April 2024, David James Cook appeared before the Honorable Dulce J. Foster for a preliminary revocation and detention hearing.

IT IS HEREBY ORDERED the defendant's conditions be modified to include:

   The defendant shall be released to a residential reentry center and observe the rules and regulations of that facility.

   Obtain an updated substance abuse evaluation if necessary and follow all recommendations.

All previously imposed conditions of release shall remain in effect.

**Directions to the United States Marshal**

   The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a residential reentry center bed is available.

Signed and executed 29th day this of April, 2024.

Honorable Dulce J. Foster
U.S. Magistrate Judge