# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES – STATUS CONFERENCE

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | BEFORE: JOAN N. ERICKSEN |
| | U.S. District Judge |
| v. | |
| David James Cook, | Case Nos.: 11-cr-229(1) (JNE) and 11-cr-232(1) (JNE/LIB) |
| Defendant. | Date: September 26, 2024 |
| | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 10:12 AM |
| | Time Concluded: 10:34 AM |
| | Time in Court: 22 Minutes |

**APPEARANCES:**

Plaintiff: Rebecca Kline, Assistant U.S. Attorney
Defendant: Robert H. Meyers   √ FPD   ☐ CJA   ☐ Retained   ☐ Appointed

**MINUTES:**

Defense Counsel Robert Meyers' Motions to Withdraw as Counsel in Case No. 11-cr-229(1), Dkt. No. 175, and Case No. 11-cr-232(1), Dkt. No. 111, are GRANTED. New counsel to be appointed. Mr. Meyers will continue to represent Mr. Cook until new counsel is appointed.

The Final Revocation Hearing is set for Tuesday, December 17, 2024, at 1:00 PM in Courtroom 12W (MPLS).

s/CBC<br>Signature of Courtroom Deputy